ISHMAEL SCHWARTZMAN
21 SHERMAN STREET
NORWICH, CONNECTICUT 06360
TELEPHONE: (860) 639-4061

SEP 23 2025 PM3:35
FILED-USDC-CT-HARTFORD

ISHMAEL SCHWARTZMAN, IN PRO SE

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ISHMAEL SCHWARTZMAN,
        PLAINTIFF,

VS.

DICKINSON PROPERTIES LLC,
        DEFENDANT,

No.

TWO FEDERAL CLAIMS
THE FAIR HOUSING ACT (ADA)
THE AMERICANS WITH DISABILITIES
ACT (ADA) DEFENDANT FAILED TO
OFFER PLAINTIFF REASONABLE
ACCOMMODATIONS

THIS COMPLAINT IS NOT REGARDING
 EVICTION CASE

JURY TRIAL REQUESTED

JURISDICTION

1.  This court has jurisdiction under 28 U.S.C. 1331. Federal question jurisdiction.
    United States District Court shall have jurisdiction of all civil actions under the
    Constitution, Laws, or Treaties of the United States. Pursuant to federal laws
    the Fair Housing Act and the Americans with Disabilities Act. The Fair Housing
    Act is civil rights law that prohibits discrimination based on disability in housing.
    If a landlord refuses to provide a disabled tenant reasonable accommodation.
    This is considered unlawful discrimination. The Fair Housing Act requires
    housing providers to make reasonable accommodations for individuals with
    a verified disability. Americans with Disabilities Act Title III is a civil rights
    law which prohibits discrimination against people with disabilities. Disabled

1    persons have the same rights to access services or activities as every other citizen.

2                                VENUE

3    1. Venue is proper pursuant to 28 U.S.C.1391. Because the events giving rise to

4       This complaint happened in this district.

5                               PARTIES

6    2. Plaintiff, Ishmael Schwartzman, 21 Sherman Street, Norwich, Ct 06360,

7       Telephone: (860) 639-4061.

8    3. Dickinson Properties LLC, 327 Cold Spring, Westbrook, CT 06498,

9                         STATEMENT OF FACTS

10   4. The Plaintiff is a (61) year old disabled senior with (18) medical disabilities,

11      stroke cerebral vascular accident, neuropathy, chronic kidney disease, transient

12      ischemic attack, benign prostatic, hyperplasia, high blood pressure hypertension,

13      vitamin D insufficiency, diabetes, anemia, chronic ischemic heart disease, long

14      term use of insulin, parenthesis of the arm, diabetes myelitis type 1, disorder of

15      uvula, fractured tibia, calculus of tonsil, insomnia, diabetic polyneuropathy with

16      type 2 diabetes mellitus. Review Exhibit 1, a verified list of medical conditions

17      Plaintiff has.

18   5. Plaintiff has advised the Defendant by verbal communication and written

19      communication of the fact that Plaintiff has (18) medical disabilities.

20      Review Exhibit 2, Plaintiff emailed the Defendant. My friend took a picture

21      of the Plaintiff while Plaintiff was in a coma.

22   6. The Defendant has never offered Plaintiff reasonable accommodation.

23      This is a form of discrimination.

24                               CLAIM I

25   7. The Fair Housing Act (FHA) allows a landlord to offer a reasonable accommodation

26      which can include things like allowing for an adjustment in the rent payment schedule.

27      A landlord is required to grant reasonable payment plan changes for a disabled tenant.

28      Under the Fair Housing Act if a change is necessary due to the tenant's disability.

1    This type of request is considered reasonable accommodation.  Which is a change

2    to polices rules or services to help a disabled person use and enjoy their homes.

3    The Fair Housing Act (FHA) mandates a landlord to make exceptions to their rules,

4    policies, or services when necessary to accommodate a tenant's disability.

5    Reasonable accommodation is a change to a rule, policy, practice or the

6    way a service is provided.  Reasonable accommodation is needed to give

7    a person with a disability an equal opportunity to use and enjoy their housing.

8    Reasonable accommodation can adjust the policy of a service animal in a no pet

9    building.  Allowing a live in caregiver for a disabled tenant.  The landlord

10   can require verification of the tenant's disability if needed for a live in caregiver.

11   Live in caregivers are exempt from being on the rental lease.  Typically, via a

12   letter from the tenant's doctor is acceptable verification of the tenant's disability.

13   Review Exhibit 3, several letters from doctors.  On 07/10/23, the Plaintiff friend

14   took a picture of the Plaintiff while the Plaintiff was in a coma.  After Plaintiff

15   came home from the hospital.  Plaintiff emailed the Defendant regarding the

16   hospital stay as follows, "I'm sorry I'm not sure I've been in the hospital for a week.

17   I'll check with my bank tomorrow and get back to you.  I was found unresponsive

18   in my living room last Monday July 3. mistakenly I was given the wrong insulin

19   by my new primary care physician and drop my glucose level to 38 you can die

20   with 70 glucoses.  It put me in a coma for three days, I almost died.  I'm better

21   now business as usual.  Probably goanna pay up a few months." On 06/05/25

22   verification of the Plaintiff medical disabilities Dr. Patrick Cullen.  On 07/23/25,

23   Shanna Reels.  Licensed Clinical Social Worker Social Work Department at

24   Lawrence Memorial Hospital.  The Plaintiff was admitted to Lawrence

25   Memorial Hospital for a medical disability.  On 07/23/25, Dr. Benjamin Armstrong

26   emergency room doctor Yale New Haven Health.  On 07/28/25, Team Health

27   Lawrence Memorial Hospital.  On 06/05/25 verification of the Plaintiff medical

28   disabilities Dr. Patrick Cullen.  On 07/23/25, Shanna Reels.  Licensed Clinical

1

2

3

4

5

6

7

8

9

10

11

Social Worker Social Work Department at Lawrence Memorial Hospital.
The Plaintiff was admitted to Lawrence Memorial Hospital for a medical
disability. On 07/23/25, Dr. Benjamin Armstrong emergency room doctor
Yale New Haven Health. On 07/28/25, Team Health Lawrence Memorial
Hospital. On 09/03/25, Dr. Lilian Galan writes, "Mr. Ishmael Schwartzman
is admitted to Backus Hospital as of 09/03/25. On 09/05/25, Dr. Lilian Galan
writes, "To Whom It May Concern, Ishmael Schwartzman was admitted to
Backus Hospital On 08/31/25 and he was discharged on 09/05/25. He was
admitted because of chest pain and he had a test done called catheterization.
He also has severe leg pain, severe spinal stenosis, he walks only short
distances with a walker and he was provided with a walker at discharge."

12

13

14

15

16

8. Plaintiff has advised the Defendant on several different occasions of the fact,
Plaintiff has several medical disabilities. Plaintiff advised the Defendant
several times verbally and by written communication regarding the need for
reasonable accommodation. There was no response by Defendant when asked
for reasonable accommodation.

17

CLAIM II

18

19

20

21

22

23

24

25

26

27

28

9. The Americans with Disabilities Act (ADA) U.S.C. 12101 et. Seq. referring
to the Sections of Title 42 of the U.S. Code that contains the Americans with
Disabilities Act (ADA). Provisions in enacting the Americans with Disabilities
Act (ADA) of 1990. Congress intended the act to provide a clear and comprehensive
National mandate for the elimination of discrimination against individuals with
disabilities. The Americans with Disabilities Act of 1990 is a federal civil right
law. The (ADA) prohibits discrimination against people with disabilities.
government services, public accommodations and telecommunications to be
protected. An individual must have a record of such impairment or be perceived
by others as having such an impairment. Under the Americans with Disabilities Act
a physical or mental impairment that substantially limits one or more major life

activities.  A record of such an impairment or being regarded as having such an
impairment of major life activities.  Defendant refused to offer Plaintiff reasonable
accommodation which is considered discrimination of a disabled person.

REQUEST FOR RELIEF

10. WHEREFORE, the Plaintiff request damages for emotional distress due to the
Defendants refusal to provide reasonable accommodations.  Compensation for
For mental anguish, stress, depression, psychologist suffering.  Caused by the
Defendant's refusal and discrimination against a disabled person the Plaintiff.
According to the Fair Housing Act (FHA) and the Americans with Disability
Act (ADA).  Damages in the amount of $100,000 dollars.

11. Any further relief which the court seem appropriate.

DEMAND FOR JURY TRIAL

12. Plaintiff hereby request a jury trial on all issues raised in this complaint.

DATED: September 22, 2025

Sign here: _____

Ishmael Schwartzman, Plaintiff in Pro Se

5

# EXHIBIT 1



**Commun<span>❦</span>ty**
**Health Center, Inc.**

06/05/2025

Re:    Ishma'el M Schwartzman
       07/23/1964
       100 Plaza Court Suite 262
       Groton CT 06340

To Whom It May Concern:

Mr. Ishma'el M Schwartman is a patient followed by the Community Health Center for
Primary Care. Please fine attached his Problem list. If further information is required in
this matter do not hesitate to contact us.

Sincerely,

**Patrick Cullen PA-C**
**Community Health Center of Groton**
481 Gold Star Hwy., STE 100
Groton, CT 06340
P: 860-446-8858
F: 860-405-2140

*Serving undeserved and uninsured patients at Connecticut's largest network of community health centers.*
www.chc1.com | Facebook/CHCinc | Twitter/@CHCConnecticut)




6/5/25, 2:42 PM

eCW (Cullen, Patrick ) Production Environment

Patient Summary for Schwartzman, Ishma'el, M, 60 Y, male DOB:07/23/1964

**Schwartzman, Ishma'el, M**
100 Plaza Court, Suite 262, Groton, CT 06340

Previous Name:

Advance    0011 03/16/2016
Directive:

**DOB:** 07/23/1964  **Age:** 60 Y  **Sex:** male
**Birth Sex:** Male
**Gender Identity:** Male
**Home:** 860-639-4061
**Work:** 860-639-4061
**Cell:** 860-639-4061
**Email:** idw3617@yahoo.com

**Primary Insurance:** Medicaid Husky D - MD
**PCP:** Patrick Cullen
**Account Number:** 213644
**Race:** Black or African American
**Ethnicity:** Not Hispanic or Latino
**Preferred Language:** English

**Care Team:**

**Allergies**

**Substance:** Acetaminophen.  **Reaction:** anaphylaxis.  **Type:** Allergy.  **Status:** Active.

**Medical History**

**Problem List**

| Onset Date | Code | Name | Specify | Notes | Added On | Modified On | Modified By |
|---|---|---|---|---|---|---|---|
| 05/23/2025 | Z01.31 | Encounter for examination of blood pressure with abnormal findings | | | 05/23/2025 | 05/23/2025 | Cullen, Patrick |
| 05/23/2025 | Z68.31 | Body mass index (BMI) 31.0-31.9, adult | | | 05/23/2025 | 05/23/2025 | Cullen, Patrick |
| | K59.00 | Constipation | | | 02/05/2024 | 02/05/2024 | Cullen, Patrick |
| | | **W/U Status:** confirmed | | | | | |
| | E55.9 | Vitamin D insufficiency | | | 05/17/2020 | 12/14/2020 | Cullen, Patrick |
| | | **W/U Status:** confirmed | | | | | |
| | M25.569 | Knee pain | | | 12/16/2015 | 08/06/2022 | Cullen, Patrick |
| | | **W/U Status:** confirmed | | | | | |
| | I10 | HTN (hypertension) | | | 12/02/2015 | 12/12/2022 | Cullen, Patrick |
| | | **W/U Status:** confirmed | | | | | |
| | D64.9 | Anemia | | | 12/16/2015 | 12/16/2015 | Yim, Andrew |
| | | **W/U Status:** confirmed | | | | | |
| | E11.9 | Diabetes | | | 05/30/2024 | 05/30/2024 | Cullen, Patrick |
| | | **W/U Status:** confirmed | | | | | |
| | E78.5 | Hyperlipidemia | | | 12/02/2015 | 10/13/2023 | Cullen, Patrick |
| | | **W/U Status:** confirmed | | | | | |
| | E66.9 | Obesity (BMI 30-39.9) | | | 04/29/2016 | 10/29/2020 | Cullen, Patrick |
| | | **W/U Status:** confirmed | | | | | |
| | I63.9 | CVA (cerebral vascular accident) | | | 05/23/2025 | 05/23/2025 | Cullen, Patrick |
| | | **W/U Status:** confirmed | | | | | |
| | G62.9 | Neuropathy | | | 08/11/2023 | 08/11/2023 | Cullen, Patrick |
| | | **W/U Status:** confirmed | | | | | |
| | G45.9 | TIA (transient ischemic attack) | | | 05/23/2025 | 05/23/2025 | Cullen, Patrick |
| | | **W/U Status:** confirmed | | | | | |
| | N18.9 | Chronic kidney disease | | | 12/02/2015 | 08/06/2022 | Cullen, Patrick |
| | | **W/U Status:** confirmed | | | | | |
| | N40.0 | BPH (benign prostatic hyperplasia) | | | 12/02/2024 | 12/02/2024 | Cullen, Patrick |
| | | **W/U Status:** confirmed | | | | | |

Patient Summary for Schwartzman, Ishma'el, M, 60 Y, male DOB:07/23/1964

| | | | |
|---|---|---|---|
| B00.9 | Herpes simplex | 06/06/2017 06/06/2017 | Baleswaren, Anandhi S |
| | **W/U Status:** confirmed | | |
| I25.9 | Chronic ischemic heart disease | 06/20/2019 10/29/2020 | Cullen, Patrick |
| | **W/U Status:** confirmed | | |
| Z79.4 | Long term current use of insulin | 08/29/2017 08/29/2017 | zzzBuchbinder, Steven |
| | **W/U Status:** confirmed | | |
| R20.2 | Paresthesia of arm | 11/02/2023 11/02/2023 | Head, Lewis |
| | **W/U Status:** confirmed | | |
| E10.65 | Diabetes mellitus type 1, uncontrolled | 08/06/2022 08/06/2022 | Cullen, Patrick |
| | **W/U Status:** confirmed | | |
| K13.79 | Disorder of uvula | 01/20/2016 01/20/2016 | Yim, Andrew |
| | **W/U Status:** confirmed | | |
| S82.209A | Fractured tibia | 12/23/2015 12/23/2015 | Yim, Andrew |
| | **W/U Status:** confirmed | | |
| J35.8 | Calculus of tonsil | 05/22/2017 05/22/2017 | Baleswaren, Anandhi S |
| | **W/U Status:** confirmed | | |
| G47.00 | Insomnia, unspecified type | 03/29/2018 03/31/2020 | zzzGrigg, Katie |
| | **W/U Status:** confirmed | | |
| N52.9 | Erectile dysfunction, unspecified erectile dysfunction type | 07/29/2019 04/11/2023 | Cullen, Patrick |
| | **W/U Status:** confirmed | | |
| E11.42 | Diabetic polyneuropathy associated with type 2 diabetes mellitus | 03/29/2018 06/06/2019 | Soda MA, Jill |
| | **W/U Status:** confirmed | | |

**Audiology Summary**

| Test Date | Test Type |
|---|---|
| | |

*[signature]*  6/5/25

**Patrick Cullen PA-C**
**Community Health Center of Groton**
481 Gold Star Hwy., STE 100
Groton, CT 06340
P: 860-446-8858
F: 860-405-2140

# EXHIBIT 2



Dickinson properties LLC/M&D Property Management Co.

Jul 10, 2023 at 5:24 PM

Hello did you put the check in the mail? I still have not seen it

I'm sorry, I'm not sure I've been in the hospital for a week. I'll check with my bank tomorrow and get back to you.

I was found unresponsive in my living room last Monday
(July 3rd) mistakenly I was given the wrong insulin by my new primary care physician and drop my glucose level to a 38 you can die with a 70 glucose. It put me in a coma for three days, I almost died. I'm better now business as usual. Probably gonna pay up a few months.

Just got out the hospital yesterday



July 24, 2025                     YaleNewHavenHealth

| Patient: | Ishmael Schwartzman Mahershalalhashbaz | Department Information: | LMH 365 MONTAUK AVE L+M EMERGENCY DEPARTMENT 365 MONTAUK AVE |
| Date of Birth: | 07/23/1964 | | NEW LONDON CT 06320- |
| Date of Visit: | 7/23/2025 | | 4700 |
| | | | 999-999-9999 |

To Whom It May Concern:

Ishmael Mahershalalhashbaz was seen and treated in our emergency department on 7/23/2025. Please excuse him from any incurred absence/s due to his emergency room visit.

Should be cleared by a physician before returning to work
Please excuse absence from work due to patient being hospitalized. Uncertain at this time how long he will be in the hospital.

If you have any questions or concerns, please don't hesitate to call.

Armstrong, Benjamin D, MD

To Whom It May Concern:

Please advise that Ishmael S. Mahershalalhashbaz was admitted to Lawrence Memorial Hospital on 7/23/25 and remains at the hospital at this present time.

Should you have further questions or need clarity regarding the matter, please feel free to contact me or my supervisor at 860-329-6495 until 4pm M-F. Please advise, information regarding Mr. Mahershalalhashbaz's medical record can only be provided with his consent.

Kind regards,

Shanna Reels, LCSW
Per Diem Clinical Social Worker
Social Work Department
Lawrence + Memorial Hospital

**Department of**
**Social Work**
   365 Montauk Ave.
   New London, CT
06320
         **Phone:**

860 442 0711 ext



**TEAMHealth.**

WARREN FIELDS, MD
Tel: (860) 271-4364   Fax: (860) 444-5114

NAME Ishmael Mihrshahi          AGE

ADDRESS

DATE 7/28/25

℞ Ishmael was admitted to
the hospital on 7/27/25
with severe spinal stenosis
causing severe low back +
lower extremity pain/
writhing gait

☐ LABEL
REFILL_____ TIMES  PRN  NR
FOLLOW UP WITH PCP FOR ALL REFILLS
☐ PARTIAL FILL UPON REQUEST

_____ MD

RXG170504264486 20

INTERCHANGE IS MANDATED UNLESS THE PRACTITIONER WRITES
THE WORDS "NO SUBSTITUTION" IN THIS SPACE

**W.W.BACKUS HOSPITAL**

326 Washington Street, Norwich CT 06360

Hospitalist Program          tel 860-885-6420 , fax 860-892-6984

==================================================================

9/3/25

TO WHOM IT MAY CONCERN

MR ISHMAEL SCHWARTZMAN IS
ADMITTED TO BACKUS HOSPITAL AS
OF 9/3/25.

LILIANA GALAN MD



326 WASHINGTON STREET
NORWICH CT 06360-2740

September 5, 2025

Patient:                   **Ishmael M Schwartzman**
Date of Birth:             **7/23/1964**
Attending Physician:       **Liliana Galan, MD**

To Whom It May Concern:

Ishmael Schwartzman was admitted to Backus Hospital on 8/31/2025 and he was discharged on
9/5/2025. He was admitted because of chest pain and he had a test done called cardiac catheterization.
He also has severe leg pain, severe spinal stenosis, he walks only short distances with a walker, and he
was provided with a walker at discharge

Electronically Signed,
Liliana Galan, MD
9/5/2025 2:47 PM